# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## EASTERN DIVISION

FILED BY _____ D.C.
05 AUG 29 AM 11: 29
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, JACKSON

| | |
|---|---|
| **LYNNE ZAGER and TOBY ALTFIELD,** | **JUDGMENT IN A CIVIL CASE** |
| Plaintiffs, | |
| v. | |
| **GARY DEATON doing business as DEATON'S CARPET ONE,** | **CASE NO: 1:03-1153-B** |
| Defendant. | |

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Granting Defendant's Motion For Summary Judgment entered on August 18, 2005, this cause is hereby dismissed.

APPROVED:

_(signature)_
**J. DANIEL BREEN**
**UNITED STATES DISTRICT COURT**

8/25/05
Date

**THOMAS M. GOULD**
_____
Clerk of Court

_(signature)_ C. Herd
**(By) Deputy Clerk**

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on  8/30/05

26

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 26 in case 1:03-CV-01153 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

David Young Parker
LAW OFFICE OF DAVID PARKER
714 Russell St.
Nashville, TN 37219--061

Steven W. Maroney
TEEL MCCORMACK & MARONEY
87 Murray Guard Dr.
Jackson, TN 38305

Honorable J. Breen
US DISTRICT COURT